HORN & HARDART COMPANY, Plaintiff, *v.* 115 EAST 14th STREET COMPANY, INC., Defendant-Respondent, and THIRD HOLDING CORPORATION, Defendant-Appellant.

Argued February 28, 1944; decided April 6, 1944.

*Charles H. Tuttle, Stoddard B. Colby* and *Charles Fredericks* for appellant.

*William D. Embree* and *Samuel R. Ballin* for respondent.

Judgment affirmed, with costs. Motion to dismiss appeal denied. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.